IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| **EMAS CHIYODA SUBSEA LIMITED** § | Case No. 17-31146   (MI) |
| *et al* § | Chapter 11 (jointly administered) |
| § | |
| § | |
| **Debtor** § | |

## NOTICE OF PERFECTION OF MARITIME LIEN PURSUANT TO SECTION 546(b)

Speedcast Communications, Inc., f/k/a Harris Caprock Communications, Inc., Speedcast Americas and Speedcast Limited (collectively, "Speedcast") hereby gives notice pursuant to 11 U.S.C. § 546(b) of the perfection of its maritime lien under 46 U.S.C. § 31342. In support of this notice, Speedcast would show the following:

1.      Speedcast is a secured creditor by virtue of a general maritime lien under 46 U.S.C. §31342 and asserts *in rem* secured claim(s) in the amount of $767,702.10, plus interest and attorneys' fees, representing unpaid amounts due and owing for the provision of necessaries in the form of satellite communication services (and use of related property owned by Speedcast), including without limitation remote site equipment such as VSAT[1] terminals/antennae, modems, Ethernet switches and routers), managed IP-based VSAT communication (including voice, fax, networking, and Internet), and support services. VSAT services are considered "necessaries" under the Maritime Lien Act. Upon information and belief, the vessels identified herein are foreign flagged vessels (i.e., one that is documented or registered in a foreign country), and under federal statutory law, when a vessel is sold or transferred by order of a court, the order of priority to the vessel sale is modified with respect to a foreign vessel. Further, when a foreign flagged vessel is

---

[1] VSAT stands for Very Small Aperture Terminal, a satellite technology that enables real-time broadband communication in areas where traditional terrestrial infrastructure is not available or has limitations.

sold, a preferred mortgage lien is subordinate to a maritime lien arising from the provision of "necessaries" in the United States.  46 U.S.C. § 31326.

2. Speedcast's lien attaches to and encumbers the following vessels (including the proceeds from the sale of any of the vessels):

| Name of Vessel | U.S. Coast Guard No. & IMO | Purported Owner[2] | Case No. | Amount Owed |
|---|---|---|---|---|
| Lewek Centurion | 9241712 | EMAS-AMC PTE LTD | 17-31141 | $ 2,000.00 |
| Lewek Champion | | EMAS-AMC PTE LTD | 17-31141 | $48,407.04 |
| Lewek Crusader | | EMAS-AMC PTE LTD | 17-31141 | $49,722.85 |
| Lewek Express | 8116049 | EMAS Chiyoda Subsea Inc., f/k/a Emas-AMC Inc | 17-31139 | $   354.13 |
| Lewek Falcon | 9448401 | EMAS-AMC PTE LTD | 17-31141 | $264,329.32 |
| Lewek Constellation | 9629756 | Lewek Constellation Pte. Ltd. | 17-31146 | $171,768.71 |
| Lewek Fulmar | | EMAS-AMC PTE LTD | 17-31141 | $   752.88 |
| Lewek Toucan | 9374246 | EMAS-AMC PTE LTD | 17-31141 | $214,291.67 |
| Lewek Teal | | EMAS-AMC PTE LTD | 17-31141 | $ 16,075.50 |

3. Speedcast reserves the right to supplement and/or amend this notice. Speedcast further reserves all rights under applicable law.

Dated: May 15, 2017.

---

[2] The purported owner is based upon Speedcast's contractual records, records of the U.S. Guard, and/or the Debtors' schedules and statements, which may conflict.

        Respectfully submitted,

        ANDREWS MYERS, PC

        /s/ T. Josh Judd
        T. Josh Judd
        SBN: 24036866
        3900 Essex Ln, Suite 800
        Houston, TX 77027
        Tel: 713-850-4200
        Fax: 713-850-4211
        jjudd@andrewsmyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that on or by May 15, 2017 a true and correct copy of the foregoing Notice of Perfection of Lien Pursuant to Section 546(b) has been served on Debtors' counsel, the Office of the U.S. Trustee, and the parties listed below, by the method indicated below:

**The Bankrupt y Court's electronic notification system will electronically mail the foregoing to:**

Damian W Abreo on behalf of Creditor PetroPangea, Inc.
dabreo@jdkglaw.com, ttribble@jdkglaw.com;bborrego@jdkglaw.com

Megan Adeyemo on behalf of Creditor Deugro (Singapore) PTE Ltd.
madeyemo@gordonrees.com, kgatzemeyer@gordonrees.com

Nelly Almeida on behalf of Creditor DNB Bank ASA, Singapore Branch as agent and security trustee
nalmeida@milbank.com

Charles A Beckham, Jr on behalf of Creditor Chiyoda Corporation
beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com

Annie E Catmull on behalf of Interested Party Midway T&C Land Investors
catmull@hooverslovacek.com,
bankruptcy1@hooverslovacek.com,catmull.hs@gmail.com,ray@hooverslovacek.com

David S Elder on behalf of Attorney Oceaneering International Inc.
delder@gardere.com, ggattis@gardere.com

Epiq Bankruptcy Solutions LLC
nmrodriguez@epiqsystems.com

Michael Fishel on behalf of Creditor Crowley Marine Services, Inc.
mfishel@sidley.com, michael-fishel-4347@ecf.pacerpro.com

Robert E Fitzgerald on behalf of Debtor EMAS CHIYODA Subsea Limited
Robert.fitzgerald@skadden.com

Bradley Roland Foxman on behalf of Creditor DNB Bank ASA, Singapore Branch as agent and security trustee
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Richard M Gaal on behalf of Interested Party Core Industries, Inc.
pholder@mcdowellknight.com, mkrscourtdocs@gmail.com

Charles R Gibbs on behalf of Creditor Committee Official Committee Of Unsecured Creditors
cgibbs@akingump.com, txdocketing@akingump.com;bkemp@akingump.com;brenda-kemp-7410@ecf.pacerpro.com;berstell-2979@ecf.pacerpro.com

Tara L Grundemeier on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Devin B Hahn on behalf of Creditor Kiewit Offshore Services, Ltd.
dhahn@winstead.com

John F Higgins, IV on behalf of Debtor EMAS CHIYODA Subsea Services (UK) Limited
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

John F Higgins, IV on behalf of Debtor EMAS CHIYODA Subsea Services B.V.
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

John F Higgins, IV on behalf of Debtor EMAS CHIYODA Subsea Services LLC
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

John F Higgins, IV on behalf of Debtor EMAS CHIYODA ROV Pte. Ltd.
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

John F Higgins, IV on behalf of Debtor EMAS CHIYODA Subsea (Thailand) Co., Ltd.
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

John F Higgins, IV on behalf of Debtor EMAS CHIYODA Subsea Limited
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

John F Higgins, IV on behalf of Debtor EMAS CHIYODA Subsea Marine Base Holding Co., LLC
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

John F Higgins, IV on behalf of Debtor EMAS CHIYODA Subsea Marine Base LLC
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

John F Higgins, IV on behalf of Debtor EMAS CHIYODA Subsea Services Pte. Ltd.
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

John F Higgins, IV on behalf of Debtor EMAS Chiyoda Subsea Inc.
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

John F Higgins, IV on behalf of Debtor EMAS Saudi Arabia Ltd.
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

John F Higgins, IV on behalf of Debtor EMAS-AMC Pte. Ltd.
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

John F Higgins, IV on behalf of Debtor Gallatin Marine Management, LLC
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

John F Higgins, IV on behalf of Debtor Lewek Constellation Pte. Ltd.
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

John F Higgins, IV on behalf of Debtor Lewek Falcon Shipping Pte. Ltd.
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

S Ault Hootsell, III on behalf of Creditor VT Halter Marine, Inc.
ault.hootsell@butlersnow.com, gwen.lesage@butlersnow.com;ECF.Notices@butlersnow.com

William James Hotze on behalf of Creditor Larsen & Toubro Hydrocarbon Engineering Limited
William.hotze@pillsburylaw.com

Courtney Hull on behalf of Creditor Texas Comptroller of Public Accounts
bk-chull@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

Patrick Johnson, Jr on behalf of Creditor Technip Far East SDN BHD et al
Patrick.johnson@akerman.com

Patrick Johnson, Jr on behalf of Creditor Technip Far East SDN BHD, et al
Patrick.johnson@akerman.com

T. Josh Judd on behalf of Creditor Speedcast Limited
jjudd@andrewsmyers.com, BRatliff@andrewsmyers.com;ncosta@andrewsmyers.com

Benjamin W Kadden on behalf of Creditor Louisiana Machinery Company, LLC
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Sara Mya Keith on behalf of Creditor ERS Rental Solutions, LLC

skeith@jdkglaw.com, msolis@jdkglaw.com

Brian A Kilmer on behalf of Creditor Canyon Offshore, Inc.
bkilmer@kcw-lawfirm.com, bkilmer@ecf.courtdrive.com

Brian A Kilmer on behalf of Creditor Helix Ingleside LLC
bkilmer@kcw-lawfirm.com, bkilmer@ecf.courtdrive.com

Kim Ellen Lewinski on behalf of Attorney Wood Group Kenny, Inc.
klewinski@dorelawgroup.net, bbollman@dorelawgroup.net

Christine A March on behalf of U.S. Trustee US Trustee
christine.a.march@usdoj.gov

Michael K McCrory on behalf of Creditor Rolls-Royce Marine North America Inc.
michael.mccrory@btlaw.com

John P Melko on behalf of Creditor Eisenbau Kramer GmbH
jmelko@gardere.com, ggattis@gardere.com;swilson@gardere.com

Mark Mintz on behalf of Creditor Bibby Offshore
mmintz@joneswalker.com, sliberio@joneswalker.com;hstewart@joneswalker.com

Christopher M Odell on behalf of Interested Party Subsea 7 Finance (UK) PLC, a public limited company incorporated in England and Wales
Christopher.odell@aporter.com, Christian.pourreau@aporter.com;ecf-ca8dba05c0b5@ecf.pacerpro.com

George N Panagakis on behalf of Debtor EMAS CHIYODA Subsea Limited
George.panagakis@skadden.com

Anthony Foster Pirraglia on behalf of Creditor Noble Energy Mediterranean LTD
Anthony.pirraglia@tklaw.com, nashira.parker@tklaw.com

Aaron James Power on behalf of Debtor EMAS CHIYODA Subsea Services (UK) Limited
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Aaron James Power on behalf of Debtor EMAS CHIYODA Subsea Services B.V.
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Aaron James Power on behalf of Debtor EMAS CHIYODA Subsea Services LLC
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Aaron James Power on behalf of Debtor EMAS CHIYODA ROV Pte. Ltd.
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Aaron James Power on behalf of Debtor EMAS CHIYODA Subsea (Thailand) Co., Ltd.
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Aaron James Power on behalf of Debtor EMAS CHIYODA Subsea Limited
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Aaron James Power on behalf of Debtor EMAS CHIYODA Subsea Marine Base Holding Co., LLC
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Aaron James Power on behalf of Debtor EMAS CHIYODA Subsea Marine Base LLC
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Aaron James Power on behalf of Debtor EMAS CHIYODA Subsea Services Pte. Ltd.
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Aaron James Power on behalf of Debtor EMAS Chiyoda Subsea Inc.
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Aaron James Power on behalf of Debtor EMAS Saudi Arabia Ltd.
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Aaron James Power on behalf of Debtor EMAS-AMC Pte. Ltd.
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Aaron James Power on behalf of Debtor Gallatin Marine Management, LLC
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Aaron James Power on behalf of Debtor Lewek Constellation Pte. Ltd.
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Aaron James Power on behalf of Debtor Lewek Falcon Shipping Pte. Ltd.
apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com

Christine Rhodes Raborn on behalf of Creditor KEPPEL SHIPYARD LIMITED
christine.raborn@roystonlaw.com, holli.lauersdorf@roystonlaw.com

Hugh Massey Ray, III on behalf of Creditor Larsen & Toubro Hydrocarbon Engineering Limited
hugh.ray@pillsburylaw.com,
bankruptcee@yahoo.com;nancy.jones@pillsburylaw.com;docket@pillsburylaw.com

Michael P Ridulfo on behalf of Creditor Worldwide Recruitment Solutions
mridulfo@krcl.com, dtrevino@krcl.com

Edward L Ripley on behalf of Creditor Chevron U.S.A. Inc.
ERipley@kslaw.com

Anna Rotman on behalf of Interested Party Havard Wiker
anna.rotman@kirkland.com, melinda.jackson@kirkland.com

Robin Russell on behalf of Creditor Lloyd's Register
rrussell@andrewskurth.com

Diane Wade Sanders on behalf of Creditor Harris County
austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor San Patricio County
austin.bankruptcy@publicans.com

Brian Schartz on behalf of Interested Party Havard Wiker
brian.schartz@kirkland.com,
jsimon@kirkland.com;whaskel@kirkland.com;dmitriy.tishyevich@kirkland.com;eric.dellon@kirkland.com;ciara.foster@kirkland.com;shessler@kirkland.com;alexandra.schwarzman@kirkland.com

Owen Mark Sonik on behalf of Creditor Spring Branch Independent School District
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

Marvin E Sprouse, III on behalf of Creditor CyrusOne
msprouse@sprousepllc.com, sprouselawfirm@gmail.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Keith N Uhles on behalf of Creditor KEPPEL SHIPYARD LIMITED
keith.uhles@roystonlaw.com

Brian D Wallace on behalf of Creditor ICON Ambassador, LLC
wallaceb@phelps.com, renee.coulter@phelps.com

Pamela H Walters on behalf of Creditor ALDINE INDEPENDENT SCHOOL DISTRICT
bnkatty@aldineisd.org

Stephen Lynn Williamson on behalf of Creditor Fugro USA Marine, Inc.
swilliamson@gamb.law, njohnson@gamb.law

Justin M Winerman on behalf of Debtor EMAS CHIYODA Subsea Limited
Justin.winerman@skadden.com

Brent Connley Wyatt on behalf of Creditor Technip Far East SDN BHD, et al
brent.wyatt@akerman.com

Brent Connley Wyatt on behalf of Interested Party Technip Far East SDN BHD, et al
brent.wyatt@akerman.com

4814-2223-8790, v.  1