

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/25/2017

| | |
|---|---|
| In re: | Chapter 11 |
| EMAS CHIYODA SUBSEA LIMITED, *et al.*, | Case No. 17-31146 (MI) |
| | (Jointly Administered) |
| Debtors.[1] | |

## ORDER AUTHORIZING AND APPROVING THE DEBTORS' EXECUTIVE INCENTIVE PLAN

Upon the motion (the "<u>Motion</u>")[2] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an Order (a) authorizing and approving the Debtors' (i) Critical Employee Recognition Program, and (ii) the Executive Incentive Plan, and (b) granting related relief, all as more fully set forth in the Motion; and upon this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number and jurisdiction of formation are as follows: EMAS CHIYODA Subsea Limited (UK) (3187); EMAS Chiyoda Subsea Inc. (Delaware) (7884); EMAS CHIYODA Subsea Marine Base LLC (Texas) (5974); Lewek Falcon Shipping Pte. Ltd. (Singapore) (041E); EMAS CHIYODA Marine Base Holding Co., LLC (Texas) (7463); EMAS Chiyoda Subsea Services Pte. Ltd. (Singapore) (333Z); EMAS-AMC Pte. Ltd. (Singapore) (0442); EMAS Saudi Arabia Ltd. (Saudi Arabia) (0669); Lewek Constellation Pte. Ltd. (Singapore) (376E); EMAS CHIYODA ROV Pte. Ltd. (Singapore) (049M); EMAS CHIYODA Subsea Services B.V. (Netherlands) (4073); EMAS CHIYODA Subsea Services (UK) Limited (Scotland) (3187); EMAS CHIYODA Subsea Services LLC (Delaware) (1728); EMAS CHIYODA Subsea (Thailand) Co., Ltd. (Thailand) (1011); Gallatin Marine Management, LLC (Delaware) (8989). The address of the Debtors' U.S. headquarters is 825 Town & Country Ln, Suite 1500, Houston, TX 77024.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

6160154v2

having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having hearing the statements in support of the relief requested therein at a hearing before this Court on May 15, 2017 (the "Hearing"); the court makes the following findings of fact and conclusions of law regarding the CERP:

    A.    None of the thirty-two (32) participants in the CERP is an insider as that term is defined in the Bankruptcy Code.

    B.    Accordingly, as a matter of law under 11 U.S.C. § 503(c)(1), the Debtor may implement the CERP without obtaining this Court's approval.

NOW, THEREFORE, this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Executive Incentive Plan is approved in its entirety.

2. The Debtors are authorized to make payments to the Executive Incentive Plan participants as contemplated in the Motion.

3. The metrics under the Executive Incentive Plan related to compliance with the DIP budget shall be measured against the budget attached hereto as **Exhibit A**. The Debtors reserve the right to seek this Court's approval of modifications to Exhibit A.

4. The Debtors shall provide the Official Committee of Unsecured Creditors with three business days' notice prior to any payments being made under the Executive Incentive Plan.

6160154v2

5. Any payment actually made by the Debtors to any Executive Incentive Plan participant pursuant to the Compensation Program approved herein shall be final and shall not be subject to disgorgement.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

9. The Debtors and the Committee's oral motion for a 10% potential increase in the Executive Incentive Plan is denied, without prejudice to the inclusion of a 10% increase in a proposed plan.

Dated: Houston, Texas
　　　　May 25, 2017.

_____
HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

ECS Cashflow Projection - 18, 22 Weeks
5TH REVISION

| $000s | | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 18 Weeks Total | 19 | 20 | 21 | 22 | 22 Weeks Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5/7/2017 | 5/14/2017 | 5/21/2017 | 5/28/2017 | 6/4/2017 | 6/11/2017 | 6/18/2017 | 6/25/2017 | | 7/2/2017 | 7/9/2017 | 7/16/2017 | 7/23/2017 | |
| **Receipt schedule** | *(enter as positive no.)* | | | | | | | | | | | | | | |
| Total Receipts | | 3,118 | 3,636 | 985 | 8,163 | - | 10,071 | 5,000 | 10,575 | 74,926 | - | 8,945 | 1,141 | 28,859 | 113,870 |
| **Disbursement schedule** | *(enter as negative no.)* | | | | | | | | | | | | | | |
| Shoreside payments | | | | | | | | | | | | | | | |
| Shoreside payments Total | | (95) | (1,988) | (2,700) | (3,003) | (416) | (1,443) | (143) | (4,909) | (28,541) | (846) | (1,439) | (106) | (3,867) | (34,799) |
| Tax Payments | | - | (23) | - | - | - | - | (58) | - | (166) | (11) | - | (21) | - | (197) |
| Vessel related payments | | | | | | | | | | | | | | | |
| Vessel related Total | | (143) | (3,301) | (2,242) | (3,262) | (250) | (420) | (1,060) | (2,102) | (22,157) | (1,285) | (650) | (451) | (2,067) | (26,611) |
| Project cost payments | | | | | | | | | | | | | | | |
| Project Payment Total | | (4,908) | (2,482) | (6,624) | (6,667) | (5,332) | (18,853) | (8,190) | (8,000) | (75,342) | (1,589) | (2,803) | (6,635) | (15,875) | (102,244) |
| Contingency | | - | - | - | (4,500) | - | - | - | (500) | (5,000) | - | - | - | - | (5,000) |
| Interco receipts/(payments) [within ECS Group] | | - | - | 0 | - | - | - | - | 0 | (1) | - | - | - | - | (1) |
| Financing payments | | | | | | | | | | | | | | | |
| Financing payments Total | | (0) | - | (45) | (22) | - | - | - | (5,234) | (10,658) | - | - | - | (20) | (10,678) |
| Restructuring elements | | | | | | | | | | | | | | | |
| Advisor fee | | - | (1,589) | (795) | (721) | (721) | (721) | (721) | (1,894) | (7,162) | (941) | (941) | (1,356) | (1,356) | (11,755) |
| Filing/trustee fees | | - | - | - | - | - | - | - | (50) | - | - | - | (150) | (200) |
| Restructuring actions | | - | - | - | - | - | - | - | (24) | - | - | - | - | (24) |
| Restructuring payments Total | | - | (1,589) | (795) | (721) | (721) | (721) | (721) | (1,894) | (7,235) | (941) | (941) | (1,356) | (1,506) | (11,979) |
| Pre-petition payments | | | | | | | | | | | | | | | |
| Tax payment | | (179) | - | - | - | - | - | - | - | (329) | - | - | - | - | (329) |
| Critical vendor | | (125) | (1,904) | (728) | (2,348) | (521) | (301) | (129) | (1,202) | (10,459) | - | - | - | (1,642) | (12,100) |
| Insurance | | - | (74) | (44) | - | - | - | - | - | (3,828) | - | - | - | - | (3,828) |
| Employee related | | - | - | - | - | - | - | - | - | (1,206) | - | - | - | - | (1,206) |
| Potential payments for client receipts | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Potential payments relating to vessels | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract cure | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pre-petition payments Total | | (304) | (1,979) | (772) | (2,348) | (521) | (301) | (129) | (1,202) | (15,821) | - | - | - | (1,642) | (17,463) |
| Total Payments | | (5,450) | (11,361) | (13,177) | (20,523) | (7,240) | (21,739) | (10,301) | (23,841) | (164,921) | (4,672) | (5,833) | (8,569) | (24,977) | (208,972) |
| Cash movement for week | | (2,332) | (7,724) | (12,192) | (12,360) | (7,240) | (11,668) | (5,301) | (13,265) | (89,994) | (4,672) | 3,111 | (7,428) | 3,882 | (95,101) |

**Fund Request Plan**

| $000s | 5/7/2017 | 5/14/2017 | 5/21/2017 | 5/28/2017 | 6/4/2017 | 6/11/2017 | 6/18/2017 | 6/25/2017 | 18 Weeks Total | 7/2/2017 | 7/9/2017 | 7/16/2017 | 7/23/2017 | 22 Weeks Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emas AMC Pte Ltd | | | 8,100 | | 2,000 | | 8,500 | | 18,600 | 2,400 | 1,600 | 3,200 | (5,125) | 20,675 |
| Emas Chiyoda Subsea Inc | 300 | 2,250 | 2,200 | 1,100 | 2,000 | | | 2,300 | 19,305 | 1,100 | (3,950) | | | 16,455 |
| Emas Saudi Arabia Ltd | - | 1,100 | 500 | 1,200 | 1,550 | 13,300 | 570 | 1,100 | 20,945 | | 400 | | 3,450 | 24,795 |
| Emas Chiyoda Subsea Limited | | 1,500 | 800 | 5,200 | 750 | 700 | 750 | 1,850 | 20,045 | 945 | 940 | 1,400 | 1,500 | 24,830 |
| Lewek Constellation | | | 90 | | | | | 1,600 | 6,912 | | | | | 6,912 |
| Emas Chiyoda ROV Pte Ltd | | | | | | | | 150 | 150 | | (150) | | | - |
| Emas Chiyoda Subsea Services Pte Ltd | | | | | | | | (150) | | | | | | |
| Emas Chiyoda Subsea Services B.V. | | | 60 | 10 | | | | 150 | 570 | | | | 150 | 720 |
| Emas Chiyoda Subsea Thailand Co. Ltd | | | | | | | | | | | | | | |
| Lewek Falcon Shipping Pte Ltd | 200 | 60 | | | | | | | 260 | | | | | 260 |
| Emas Chiyoda Subsea Services UK Ltd | | | 30 | | | | | 25 | 105 | | | | 25 | 130 |
| Emas Chiyoda Subsea Services LLC | | | | | | | | | | | | | | |
| DIP funding Operations | (500) | (688) | | | | | | | | | | | | |
| Weekly Fund Request Amount | | 4,222 | 11,780 | 7,510 | 6,300 | 14,000 | 9,820 | 6,875 | 86,892 | 4,445 | (1,160) | 4,600 | - | 94,777 |
| Cumulative DIP Fund Request Amount | 26,385 | 30,607 | 42,387 | 49,897 | 56,197 | 70,197 | 80,017 | 86,892 | | 91,337 | 90,177 | 94,777 | 94,777 | |