UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |
|---|---|
| In re: | Chapter 11 |
| EMAS CHIYODA SUBSEA LIMITED, *et al.*, | Case No. 17-31146 (MI) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF PRELIMINARY HEARING
*[Relates to Dkt. No. 759]*

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

    **PLEASE BE TAKE NOTICE** that the *Joint Motion for Order (I) Approving Compromise Between the Plan Administrator, Subsea 7 and BHP, (II) Establishing a Resolution Process for Subcontractor Claims Relating to the BHP Angostura PH3 Project, and (III) Approving the Form and Manner of Notice Thereof* [Docket No. 759] has been set for a preliminary hearing on **December 14, 2017 at 2:00 PM** before the Honorable Bankruptcy Judge Marvin Isgur in Courtroom 404, U.S. Bankruptcy Court, 515 Rusk Street, 4th Floor, Houston, Texas 77002.

*[signature on following page]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number and jurisdiction of formation are as follows: EMAS CHIYODA Subsea Limited (UK) (3187); EMAS Chiyoda Subsea Inc. (Delaware) (7884); EMAS CHIYODA Subsea Marine Base LLC (Texas) (5974); Lewek Falcon Shipping Pte. Ltd. (Singapore) (041E); EMAS CHIYODA Marine Base Holding Co., LLC (Texas) (7463); EMAS Chiyoda Subsea Services Pte. Ltd. (Singapore) (333Z); EMAS-AMC Pte. Ltd. (Singapore) (0442); EMAS Saudi Arabia Ltd. (Saudi Arabia) (0669); Lewek Constellation Pte. Ltd. (Singapore) (376E); EMAS CHIYODA ROV Pte. Ltd. (Singapore) (049M); EMAS CHIYODA Subsea Services B.V. (Netherlands) (4073); EMAS CHIYODA Subsea Services (UK) Limited (Scotland) (3187); EMAS CHIYODA Subsea Services LLC (Delaware) (1728); EMAS CHIYODA Subsea (Thailand) Co., Ltd. (Thailand) (1011); Gallatin Marine Management, LLC (Delaware) (8989). The address of the Debtors' U.S. headquarters is 825 Town & Country Ln, Suite 1500, Houston, TX 77024.

Dated: December 11, 2017.

        Respectfully submitted,

**THOMPSON & KNIGHT LLP**

By:    /s/ Demetra L. Liggins
       Demetra L. Liggins
       Texas Bar No. 24026844
       Anthony F. Pirraglia
       Texas Bar No. 24038592
       811 Main Street, Suite 2500
       Houston, Texas 77002
       Telephone: (713) 654-8111
       Fax: (713) 654-1872

*Counsel to BHP Billiton (Trinidad-2C) Ltd. (Trinidad and Tobago)*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2017, a true and correct copy of the foregoing has been served on all parties entitled to service via this Court's Case Management/Electronic Case Filing System ("CM/ECF"). I further certify that all Known Subcontractors listed below and all parties on the Master Service List (as of 11/28/17) were served via U.S. Mail, postage prepaid and served via email as indicated.

*/s/ Demetra L. Liggins*
Demetra L. Liggins

**Alfred Cheyne Engineering Ltd.**
Alistair McGeough
Alfred Cheyne Engineering
Cheyne House, Towie Barclay Works
Turiff, Aberdeenshire, A853 8EN, UK
Via Email: alistair.mcgeough@ace-winches.com

**Bibby Offshore Ltd.**
Mark A. Mintz Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5100
Via Email: mmintz@joneswalker.com

Hansford P. Wogan
Jones Walker LLP
201 St. Charles Ave., Suite 4800
New Orleans, LA 70170
Via Email: fwogan@joneswalker.com

**Canyon Offshore Inc.**
Brian A. Kilmer
Kilmer Crosby & Walker PLLC
1004 Prairie St., Ste. 300
Houston, TX 77002
Via Email: bkilmer@kcw-lawfirm.com

**Gulfmark Americas Inc.**
GULFMARK AMERICAS, INC.
Andrew Bruzdzinski, VP - Americas
141 James Drive West
St. Rose, LA 70087
Via Email: andy.bruzdzinski@gulfmark.com

GULFMARK OFFSHORE, INC.
Cindy J. Muller
842 West Sam Houston Parkway North, Suite 400
Houston, TX 77024
Via Email: cindy.muller@gulfmark.com

**Holloway-Houston Inc.**
Holloway-Houston Inc.
5833 Armour Dr.
Houston, TX 77020-8195

**Titan Logistics & Support Services Ltd.**
Michael W. Bishop
Gray Reed & McGraw LLP 1601
Elm St., Suite 4600
Dallas, TX 75201
Via Email: mbishop@grayreed.com

Preston T. Kamin
Gray Reed & McGraw LLP
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056
Via Email: pkamin@grayreed.co